ACCEPTED
05-17-01148-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 11:16 AM
LISA MATZ
CLERK

## CAUSE NO.  05-17-01148-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **FIFTH DISTRICT COURT** |
| | § | |
| **JASON MICHAEL LOWE** | § | **OF APPEALS** |
| | § | |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
06/04/2018 11:16:37 AM
LISA MATZ
Clerk

## SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Jason Michael Lowe, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 219th Judicial District Court of Collin County, Texas.

2.     The case below was styled the STATE OF TEXAS vs. Jason Michael Lowe, and numbered 219-82169-2016.

3.     Appellant was convicted of Murder.

4.     Appellant was assessed a sentence of 50 years in the Texas Department of Corrections.

5.     Notice of appeal was given on October 4, 2017.

*1*

*Case No.05-17-01148-CR; Jason Michael Lowe v. State of Texas, In the Fifth District Court of Appeals, Dallas, Texas*

*SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF*

6.    The clerk's record was filed on January 22, 2018; the reporter's record was filed on April 6, 2018; the exhibits were filed on April 6, 2018.

7.    The appellate brief is presently due on June 4, 2018.

8.    Appellant requests an extension of time of 25 days from the present date, i.e. June 29, 2018.

9.    This is the second request for extension to file appellant's brief in this cause.

10.    Defendant is currently in the Texas Department of Corrections.

11.    Appellant relies on the following facts as good cause for the requested extension:

a)    The record in this case is voluminous. Specifically, the reporters record, contained in 10 volumes on a total of 5 discs, is 1,752 pages long. There are 684 State's exhibits and 62 defense exhibits, which includes numerous video and audio recordings. The clerk's record contains 196 pages.

b) Counsel is an attorney in solo private practice and does not utilize any support staff. In addition to day-to-day client, docket, and office management, Counsel has had a very busy schedule since the time that the previous extension was granted, specifically including the following:

i.    On May 10, 2018, court appearances on *State v. Dale Marchese,*

*State v. Jasmine Weatherspoon, State v. Alaina Ferguson*. Expert meeting *State v. Midgley* (murder) and case preparation in anticipation of August 6 trial setting. Client meetings, *State v. Kerry Steele* (trial preparation, trial date June 11, 2018), *State v. Michael Mai, and State v. Edna Howard;*

ii. On May 11, 2018, court appearances on *State v. Cody Collins, State v. Adrienne Bernal, State v. Jennifer Estridge, State v. Cairo Quezada, State v. Amy Lopez. Jail plea, State v. Dale Marchese*. Client meeting *State v. Cairo Quezada* (sexual assault of a child; set for trial October 1, 2018);

iii. On May 14, 2018, client meetings, *State v. Susan Worrell, State v. Luis Estipia;*

iv. On May 15, 2018, client meeting on juvenile matter and visit to juvenile detention center;

v. On May 16, 2018, trial preparation and client meeting *State v, Kimberly Witken* (breach of computer security set for trial September 10, 2018), client meeting and discovery review *State v. Melanie Ryan*, client meeting *State v. David Pells*;

vi. On May 17, 2018, court appearances on *State v. Cailea Thomas, State v. Henry Marcanti, State v. Edna Howard, State v. Matty Smethie, State v. Serina De-Jarneatt*; juvenile detention hearing; new client meeting *State v.*

*Jeremy Dickerson*;

vii.     On May 18, 2018, court appearances on *State v. Sandy Perez*, *State v. Alex Castillo*; prepare motion *State v. Sarah Hafer*; trial preparation *State v. Alaina Ferguson* (sexual assault of a child and improper relationship, set June 26, 2018);

viii.     On May 23, 2018, trial preparation meeting with expert, investigator and co-counsel *State v. Kenneth Midgley* (murder, trial setting August 6, 2018); preparation or grand jury packer *State v. Brandon Martinez*; client meeting *State v. Luis Estipia*, expert meeting *State v. Kimberly Witken*;

ix.     On May 24, 2018, court appearances *State v. David Pells*, *State v. Erica Bowling*, meeting with prosecutor in anticipation of trial *State v. Kerry Steele* (trial set June 11, 2018);

x.     On May 25, 2018, court appearances *State v. Ali Usman, State v. Jose Lopez, State v. Brandon Martinez, State v. Wesley Barnes*, juvenile matter 417th district court and afternoon detention hearing, meeting with GAL and Girl's Court attorney;

xi.     On May 28, 2018, trial preparation *State v. Michael Steel* (jury trial set June 4, 2018);

xii.     On May 29, 2018, preparation for hearing on Motion to Quash,

*State v. Hyung Choi*;

xiii    On May 30, 2018, hearing on Motion to Quash and plea *State v. Hyung Choi;* bond violation hearing *State v. Ali Usman;* client meeting *State v. Jason Gyorfi* and preparation for open plea (possession of child pornography) set July 26, 2018; client meeting *State v. Kristina Wyatt*;

xiv.    On May 31, pretrial hearing *State v. Michael Steel*; bond hearing *State v., Kristina Wyatt;*

xv.    On June 1, 2018, court appearances on *State v. Eduardo Vasquez, State v. Clinton Friedman, State v. Wesley Barnes, client meeting and preparation of documents for pte-trial diversion State v, Michael Mai.* Counsel was additionally taken away from the office for the duration of the afternoon of June 1, 2018 due to lockdown and required pickup of daughter from McKinney North High School.

12.    Counsel requests additional time to continue reviewing the record for all applicable appellate issues and time to prepare Appellant's brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Second Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

*Case No.05-17-01148-CR; Jason Michael Lowe v. State of Texas, In the Fifth District Court of Appeals, Dallas, Texas*

*SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF*

Respectfully submitted,

Law Office of Claire M. Petty, PLLC
1216 N. Central Expressway
Suite 205
McKinney, Texas 75070
(214) 449-6535
(972) 848-1733 (fax number)


By:__/s/Claire M. Petty_____
    Claire M. Petty
    State Bar No. 24037121
    claire@clairepettylaw.com
    Attorney for Jason Michael Lowe


## CERTIFICATE OF SERVICE

This is to certify that on June 4, 2018, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Collin County, 2100 Bloomdale Road, McKinney, Texas 75071, by electronic service through the Electronic Filing Manager.


/s/Claire M. Petty_____
Claire M. Petty

*Case No.05-17-01148-CR; Jason Michael Lowe v. State of Texas, In the Fifth District Court of Appeals, Dallas, Texas*

*SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF*